# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | NO:  WA:24-CR-00190(1)-ADA |
| § | |
| (1) JUAN UBALDO RODRIGUEZ-CASTRO § | |

## ORDER

    On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed November 5, 2024, wherein the defendant (1) JUAN UBALDO RODRIGUEZ-CASTRO waived appearance before this Court and appeared before United States Magistrate Judge Jeffrey C. Manske for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) JUAN UBALDO RODRIGUEZ-CASTRO to the Report and Recommendation, the Court enters the following order:

    **IT IS THEREFORE ORDERED** that the defendant (1) JUAN UBALDO RODRIGUEZ-CASTRO's plea of guilty to Count One (1) is accepted.

    Signed this 19th day of November, 2024.

                                                  ALAN D ALBRIGHT
                                                  UNITED STATES DISTRICT JUDGE